ARW:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20909-CR-UNGARO

UNITED STATES OF AMERICA,

v.

JOSE IGLESIAS,

        Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States for entry of a preliminary order of forfeiture. Being fully advised in the premises and based on the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows with respect to forfeiture in this action as to defendant **JOSE IGLESIAS** (hereinafter referred to as "defendant"):

    1.    In the Indictment (DE # 11) in the above-styled case, the government sought forfeiture, pursuant to Title 18, United States Code, Section 1029(c)(1)(C), of any personal property which the defendant used or intended to be used to commit the violation of 18 U.S.C. § 1029(a) (Count 1) and, pursuant to Title 18, United States Code, Section 982(a)(2)(B), of any property constituting, or derived from, any proceeds which the defendant obtained, directly or indirectly, as a result of the said violation, including, but not limited to the following:

    a.    credit card plastic;
    b.    three "tipping" machines;
    c.    two embossing machines;
    d.    one laminating machine;
    e.    one scanner;
    f.    one encoder; and

g. approximately $1,025.00 in United States currency, seized from the defendant on or about October 19, 2007.

2. On or about January 18, 2008, pursuant to written Plea Agreement (DE # 22), the defendant entered a guilty plea to Counts 1 and 9 of the Indictment, involving violations of Title 18, United States Code, Sections 1029(a)(1) and 1028A(a)(1). In addition, pursuant to a Consent to Forfeiture (DE #27), filed on April 4, 2008, the defendant agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 1029(c)(1)(C) and/or Title 18, United States Code, Section 982(a)(2)(B), all of his right, title and interest in the following property:

a. credit card plastic;
b. three "tipping" machines;
c. two embossing machines;
d. one laminating machine;
e. one scanner;
f. one encoder;
g. approximately $1,025.00 in United States currency, seized from the defendant on or about October 19, 2007;
h. approximately $1,348.00 in United States currency, seized fro9m the defendant on or about October 19, 2007;
i. one 50" Black LG Plasma Television, model number 50PX5D-UB, serial number 601RMNE165207;
j. one 42" Gray Flat screen Gateway Television, model number P420142V5, serial number 1097716449; and
k. one 42" Black Dell High Definition Television, model number W4200HD, service tag DY4N761.

THEREFORE, in consideration of the defendant's guilty plea and agreement regarding forfeiture, and upon motion of the United States and for good cause shown thereby, it is hereby **ORDERED** that:

1. All right, title, claim and interest of defendant **JOSE IGLESIAS** in the following property is hereby forfeited to the United States of America, pursuant to Title 18, United States Code, Sections 1029(c)(1)(C) and/or 982(a)(2)(B) and Title 21, United States Code, Section 853:

a. credit card plastic;
b. three "tipping" machines;
c. two embossing machines;
d. one laminating machine;
e. one scanner;
f. one encoder;
g. approximately $1,025.00 in United States currency, seized from the defendant on or about October 19, 2007;
h. approximately $1,348.00 in United States currency, seized fro9m the defendant on or about October 19, 2007;
i. one 50" Black LG Plasma Television, model number 50PX5D-UB, serial number 601RMNE165207;
j. one 42" Gray Flat screen Gateway Television, model number P420142V5, serial number 1097716449; and
k. one 42" Black Dell High Definition Television, model number W4200HD, service tag DY4N761.

2. Pursuant to Fed. R. Crim. P. 32.2(b)(3), at sentencing, this Order of Forfeiture shall become final as to the defendant and shall be made a part of the defendant's sentence and included in the judgment.

3. The United States Secret Service, or any duly authorized law enforcement official, as soon as practicable, shall seize and take custody of the property identified herein above as forfeited under this Order, pursuant to Title 21, United States Code, Section 853(g).

4. The United States shall cause to be published, at least once, in a newspaper of general circulation, notice of this Order, as required by Title 21, United States Code, Section 853(n)(1). The notice shall state that any person, other than the defendant, having or claiming a legal interest in the property forfeited by this Order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and that the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and shall set forth any

additional facts supporting the petitioner's claim and the relief sought.

5. The United States also may provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

6. The United States is further authorized, pursuant to Title 21, United States Code, Section 853(n) and Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure, to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property ordered forfeited herein or in order to expedite ancillary proceedings related to any third party petition claims filed with respect to the forfeited property.

It is further **ORDERED** that upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture, pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed. If no claims or petitions are filed within thirty (30) days of the final publication or receipt of actual notice, whichever is earlier, then, pursuant to Title 21, United States Code, Section 853(n)(7), this Order shall be deemed a Final Order of Forfeiture, and the United States Secret Service, or any other duly authorized law enforcement official, shall dispose of the property forfeited hereunder according to law.

**DONE and ORDERED** at Miami, Florida this ___ day of ___ Apr ___, 2008.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:   AUSA A.R. Walkins (4 certified copies)

4