IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 07-20909-CR-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE IGLESIAS,

    Defendant,
_____/

## ORDER SETTING HEARING ON RESTITUTION

THIS MATTER is hereby set for hearing on Restitution before the Hon. Judge Ursula Ungaro, at the United States District Court, Eleventh Floor Courtroom, 301 North Miami Avenue, Miami, Florida on **June 20, 2008 at 1:30 P.M.**

DONE AND ORDERED in chambers at the United States District Court, Miami, Florida, this __1__ day of May 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record